689 A.2d 723

IN THE MATTER OF RAYMOND A. BROWN, JR., AN ATTORNEY AT LAW.

March 12, 1997.

## ORDER

The Disciplinary Review Board on November 15, 1996, having filed with the Court its decision concluding that **RAYMOND A. BROWN, JR.,** of **NEWARK,** who was admitted to the bar of this State in 1986, should be reprimanded for lending personal funds to a client without complying with the requirements of *RPC* 1.8(a) and for failing to maintain the required financial receipts of transactions involving the client, and good cause appearing;

It is ORDERED that **RAYMOND A. BROWN, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.